# CERTIFICATE OF DEBTOR EDUCATION

I certify that on 08/13/2026, Perry Sullivanjr.

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the Middle District of Alabama .

Case number: 26-31885

Certificate number: ALM26-318854938354

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance